**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THOMAS A. DYCUS,**                    **CASE NO. 2:07-cv-373**

    **Petitioner,**                    **JUDGE SMITH**
                                  **MAGISTRATE JUDGE ABEL**

**v.**

**JAMES ERWIN, Warden,**

    **Respondent.**

<u>**OPINION AND ORDER**</u>

On March 27, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations pursuant to 28 U.S.C. §2244(d).  Although the parties were explicitly advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and although petitioner was granted an extension of time to file objections to the Magistrate Judge's *Report and Recommendation*, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action hereby is **DISMISSED.**

    **IT IS SO ORDERED.**

                                            \s\ George C. Smith
                                          GEORGE C. SMITH
                                          United States District Judge